## ROBERT EARL NICKEL *v.* ELENORA NICKEL.

*Divorce—Abandonment.*

A wife was not entitled to a divorce because she and her husband lived with his family, under uncongenial conditions, it not appearing that she had demanded of him a home separate from his family, or that he could have afforded to comply with such a demand.

A husband was not entitled to a divorce because his wife left him, it appearing that she had been treated as an outcast by his family, who lived under the same roof and used her kitchen for their convenience, while denying her admission to their part of the house, that the husband did not resent this, and spent much of his time with his family, leaving her neglected and alone, and that after she left he did not request her to return or have any communication with her, though living in the same city.

*Decided June 11th, 1926.*

Appeal from the Circuit Court for Allegany County, In Equity (DOUB, J.).

Bill by Elenora Nickel against Robert Earl Nickel. From a decree for plaintiff on her bill, and dismissing his cross-bill, defendant appeals. Reversed in part.

The cause was argued before BOND, C. J., PATTISON, URNER, ADKINS, OFFUTT, DIGGES, PARKE, and WALSH, JJ.

*J. Philip Roman* and *Walter C. Capper,* for the appellant.

*Howard Galbreth* and *Harry R. Donnelly,* for the appellee.

ADKINS, J., delivered the opinion of the Court, affirming the decree in part and reversing it in part, and dismissing both the original and cross-bills, with costs to the appellee.